UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Larry Loving,

Petitioner,

vs. ORDER

Lou Stender,

Respondent. Civ. No. 00-885 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 7th day of May, 2000.

* * *

The Petitioner has filed a Petition for a Writ of Habeas Corpus which claims that he is being illegally detained by the Respondent for reasons which are violative of his rights under the Constitution, laws or treaties of the United States. The Petitioner has included, with his Petition, the required five dollar filing fee. However, in addition to his Petition, the Petitioner has filed a Motion to proceed in forma pauperis. Because the Petitioner's five dollar submission has satisfied his payment obligations, we deny his Motion to proceed in forma pauperis, as moot.

NOW, THEREFORE, It is --

ORDERED:

FILED JUN 0 7 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

That the Respondent show cause, within 20 days from the date of this Order, why relief should not be granted:

1. By making a Return in writing;

2. By filing with the Court a reasoned memorandum of law and fact fully stating the Respondent's legal position, and views on the need for this Court to conduct an evidentiary hearing on the merits of the Petition given the requirements of the applicable statutes and the pertinent United States Supreme Court authorities.

Absent compliance with this Order within the 20 day period, the Court will entertain a motion to grant relief to the Petitioner forthwith.

AND, It is --

RECOMMENDED:

That the Petitioner's Application to Proceed in forma pauperis [Docket No. 2] be denied, as moot.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE