**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Larry Loving, Civil No. 00-885 (DWF/RLE)

Petitioner,

v. **ORDER**

Lou Stender,

Respondent.

---

Larry Loving, Pro Se, #158118, Minnesota Correctional Facility, 1000 Lakeshore Drive, Moose Lake, MN 55767, Petitioner.

Jeanne L. Schleh, Esq., and Darrell C. Hill, Esq., Ramsey County Attorney's Office, 50 West Kellogg Boulevard, Suite 315, St. Paul, MN 55102-1657, counsel for Respondent.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records, and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

1. That Petitioner's Application to Proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.

Dated: August 30, 2000

DONOVAN W. FRANK
Judge of United States District Court

FILED AUG 30 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK