**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Larry Loving,

Plaintiff,

v.

Warden Lou Stender,

Defendant.

Civil No. 00-885 (DWF/RLE)

**ORDER**

---

Larry Loving, Pro Se, #158118, Minnesota Correctional Facility, 1000 Lakeshore Drive, Moose Lake, MN 55767, Plaintiff.

Jeanne L. Schleh, Assistant Ramsey County Attorney, and Darrell C. Hill, Assistant Ramsey County Attorney, Ramsey County Attorney's Office, 50 West Kellogg Boulevard, Suite 315, St. Paul, MN 55102-1657, counsel for Defendant.

---

This matter is before the Court on Petitioner's request for an extension of 60 days in which to file objections to the Report and Recommendation dated February 13, 2001.

Based upon the procedural status of the case, having reviewed the Court's file in this matter, and being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. The Petitioner's motion (Doc. No. 15) is **GRANTED** to the extent the Court is granting an extension of time to April 15, 2001.

Dated: March 12, 2001

DONOVAN W. FRANK
Judge of United States District Court

MAR 1 2 2001

FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK